United States District Court
Southern District of Texas
**ENTERED**
March 18, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ABEL GARCIA-FERRER, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. H-26-1214 |
| vs. | § | |
| | § | |
| WARDEN, Joe Corley Processing | § | |
| Center, *et al.*, | § | |
| | § | |
| Respondents. | § | |
| | § | |

**ORDER**

On February 25, 2026, the court granted in part the petition for a writ of habeas corpus filed by Abel Garcia-Ferrer and ordered that the respondents must provide Garcia-Ferrer with a bond hearing under § 1226(a) that results in a ruling on the merits by March 4, 2026, or release him. (Docket Entry No. 6). Garcia-Ferrer has filed an Emergency Motion for Further Habeas Relief and to Enforce Court's Order. (Docket Entry No. 7). The respondents filed an Advisory on March 6, 2026, that states "Federal Respondents will separately respond to Petitioner's Motion to Enforce." (Docket Entry No. 9). The respondents have yet to file a response to the motion to enforce.

The respondents are **ordered** to file a response to the motion to enforce by **Friday, March 20, 2026**.

SIGNED on March 18, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge